**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-1022

GEORGE ELVIS MOYER,

Plaintiff - Appellant,

versus

SMURFIT-STONE CONTAINER CORPORATION,

Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. William L. Osteen, District Judge. (CA-00-581-1)

Submitted: April 18, 2003                    Decided: May 6, 2003

Before WILKINSON, NIEMEYER, and LUTTIG, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Elvis Moyer, Appellant Pro Se. Fred Thurman Hamlet, Sr., Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Elvis Moyer appeals the district court's order granting summary judgment to the Defendant in this Title VII action alleging race discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Moyer v. Smurfit-Stone Container Corp.</u>, No. CA-00-581-1 (M.D.N.C. filed Nov. 21, 2002, entered Nov. 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2